| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Starrett, Keith | 2. Court or Organization<br><br>U.S. District Court for the Southern Division of Mississippi | 3. Date of Report<br><br>7/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>701 N. Main Street<br>Suite 228<br>Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Officer and Director | M-J-K, Inc. |
| 2.   Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2004 | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 60 |
| 2. | |
| 3. | |

2010 JUL 14 A 9:23 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $1,045.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 2/24/09 - 2/27/09 | New York, New York | Speaking at Managing Complex Litigation Conference | Travel Expenses (hotel, airfare, mileage, cab fares, meals) |
| 2. | The Mississippi Bar Association | 7/12/09 - 7/19/09 | Destin, Florida | Speaking at Bar Convention | Mileage and Two Nights of Hotel Expenses |
| 3. | State of Mississippi Drug Court | 5/21/09 - 5/22/09 | Natchez, Mississippi | Speaking at State Drug Court Conference | Hotel Expenses for One Night |
| 4. | Northwestern University, Judicial Education Program | 4/18/09 - 4/21/09 | Chicago, Illinois | Attend Judicial Symposium - Criminalization of Corporate Conduct | Travel Expsenses (airfare, mileage, parking, hotel, cab fares) |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

5. National Association of Drug Court Professionals    11/19/09 - 11/21/09    Boston, MA    NADCP Board Meeting    Hotel

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, MS | F | Rent | O | W | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | N | W | | | | | |
| 3. Rental Property No. 3; McComb, MS | E | Rent | N | W | | | | | |
| 4. Mineral Rts; Pike Co.,MS Denbury Energy & Pruit Production | E | Royalty | K | W | | | | | |
| 5. Oakhurst Associates LP | | None | J | W | | | | | |
| 6. Pike County National Bank | A | Dividend | K | T | | | | | |
| 7. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 8. AmSouth Bank (now Regions) | A | Interest | J | T | | | | | |
| 9. Royalty Interests Fernwood Field; Pike Co., MS | | None | J | W | | | | | |
| 10. Timberland Walthall Co., MS; | C | Rent | P1 | W | | | | | |
| 11. Timberland Pike Co., MS | C | Rent | P1 | W | | | | | |
| 12. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |
| 13. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | | Dividend | | | | | | | |
| 14. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 15. by Independent Investment Advisors | F | Rent | P1 | W | | | | | |
| 16. Assets of Trust | | Interest | | | | | | | |
| 17. -SLIAX | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2) U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -SLBAX | | | | | | | | | |
| 19.  -ABALX | | | | | | | | | |
| 20.  -Cheesecake Factory | | | | | Sold | 04/28/09 | J | | |
| 21.  -Cree | | | | | Sold | 9/3/09 | J | A | |
| 22.  -EBAY | | | | | | | | | |
| 23.  -PWER (Power One, Inc.) | | | | | Sold | 9/3/09 | J | | |
| 24.  -QCOM (Qual Comm., Inc.) | | | | | | | | | |
| 25.  -SMTL (Semitool, Inc.) | | | | | Sold | 11/17/09 | J | | |
| 26.  -SYNA (Synaptics, Inc.) | | | | | Sold | 03/26/09 | J | A | |
| 27.  -ILA (aquila, Inc.) | | | | | | | | | |
| 28.  -MNT | | | | | | | | | |
| 29.  -MIRKQ (Mirant) | | | | | | | | | |
| 30.  -Schnitzer Steel Industries | | | | | Sold (part) | 04/16/09 | J | D | |
| 31.  -Xilinx Inc. | | | | | Sold | 8/5/09 | J | | |
| 32.  -Quadra Mining | | | | | partial sell | 07/17/09 | J | C | |
| 33.  -Contl Airlines Cl B | | | | | | | | | |
| 34.  -Frontera Copper | | | | | Sold | 4/29/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Sigma Designs | | | | | | | | | |
| 36. -OZ Minerals, f/k/a Zinifex | | | | | | | | | |
| 37. -Century Aluminum | | | | | | | | | |
| 38. -Sirius XM, f/k/a XM Satellite Radio | | | | | | | | | |
| 39. -Anadigics, Inc. | | | | | | | | | |
| 40. -Rowan Companies | | | | | | | | | |
| 41. -EZ Chip Semiconductor, f/k/a Lanoptics LTD | | | | | | | | | |
| 42. -Semitool, Inc. | | | | | | | | | |
| 43. -Hercules Offshore | | | | | | | | | |
| 44. -Patterson Energy | | | | | | | | | |
| 45. -Micron Tech | | | | | | | | | |
| 46. -Tata Motors | | | | | | | | | |
| 47. -Thompson Creek f/k/a Blue Pearl Mining | | | | | Sold | 6/29/09 | J | A | |
| 48. -Netlogic | | | | | | | | | |
| 49. -Carmax | | | | | Sold | 9/3/09 | J | | |
| 50. -Aditya Birla Minerals | | | | | | | | | |
| 51. -First Nickel | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Laboratory Corp of America | | | | | | | | | |
| 53. -Perilya Ltd. | | | | | | | | | |
| 54. -Commercial Metals Co. | | | | | | | | | |
| 55. -Liberty Mines | | | | | | | | | |
| 56. -Perilya Ltd. | | | | | | | | | |
| 57. -Ivernia Inc. (corrected spelling from last year) | | | | | | | | | |
| 58. -Anadigius Inc. (corrected spelling from last year) | | | | | | | | | |
| 59. -Diana Shipping | | | | | | | | | |
| 60. -Intel Corp. | | | | | | | | | |
| 61. -John Hancock Bank and Thrift Fund | | | | | Sold | 03/26/09 | J | | |
| 62. -Airtran Holdings | | | | | Sold | 03/26/09 | J | | |
| 63. -Deere and Company | | | | | | | | | |
| 64. -Apple Computer | | | | | | | | | |
| 65. -Nvidia Corp. | | | | | Sold | 9/3/09 | J | | |
| 66. -Phosphate Holdings, Inc. | | | | | | | | | |
| 67. -Terra Industries | | | | | Sold | 11/24/09 | J | | |
| 68. -Teck Cominco Ltd. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q -Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Castle A M & Company | | | | | | | | | |
| 70. -Schnizer Steel | | | | | | | | | |
| 71. -Xilinx, Inc. Convertible Bond | | | | | | | | | |
| 72. -Teck Cominco Ltd. | | | | | Buy (add'l) | 03/26/09 | J | | |
| 73. -Quadra Mining, Ltd. | | | | | Buy (add'l) | 03/26/09 | J | | |
| 74. -Century Aluminum Company | | | | | Buy | 05/08/09 | J | | |
| 75. -Whole Food Market, Inc. | | | | | Buy | 06/29/09 | J | | |
| 76. -Dana Holding Corp. | | | | | Buy | 07/29/09 | J | | |
| 77. -Synaptics, Inc. | | | | | Buy | 08/05/09 | J | | |
| 78. -Northgate Minerals, Inc. | | | | | Buy | 09/03/09 | J | | |
| 79. -Advanced Micro Devices | | | | | Buy | 11/17/09 | J | | |
| 80. -Freeport Macmaran Copper and Gold | | | | | Buy | 11/23/09 | J | | |
| 81. -Advanced Micro Devices | | | | | Buy (add'l) | 12/17/09 | J | | |
| 82. -Quick Logic Corp | | | | | Buy | 12/22/09 | J | | |
| 83. -Secured Loan to McMillan & Honea | None | | M | | | | | | |
| 84. -Regions National Bank Money Market Acct. | | | L | | | | | | |
| 85. -Annunity Purchased General Electric Credit Corp. | | | | | Matured | 7/15/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Timberland Copiah Co., MS | | | | | | | | | |
| 87. -Timberland Attala Co., MS | | | | | | | | | |
| 88. -Pike County Nataional Bank Common Stock | | | | | | | | | |
| 89. -Guardian Life Insurance Policies | | | | | | | | | |
| 90. Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |
| 91. Decisions made by Independent Advisors | | | | | | | | | |
| 92. Emerson Electric Co (M) | A | Dividend | K | T | | | | | |
| 93. Medtronic Inc. (M) | | None | J | T | | | | | |
| 94. Enterprise Partners, f/k/a Pioneer Natural Res Co (M) | B | Dividend | J | T | | | | | |
| 95. Qualcomm Inc (M) | A | Dividend | L | T | | | J | B | |
| 96. Microvision | | None | | | Sold | 07/29/09 | J | C | |
| 97. Continental Airlines | | None | J | T | | | | | |
| 98. EZ Chip Semiconductor, f/k/a Lanoptics Ltd. | | None | J | T | | | | | |
| 99. Laboratory Corp of America | | None | J | T | | | | | |
| 100. Teck Cominico Ltd. | | None | K | T | Buy | 02/06/09 | J | | |
| 101. Quadra Mining, Ltd. | | None | K | T | Buy | 03/04/09 | J | | |
| 102. Netlogic Microsystems, Inc. | | None | J | T | Buy | 06/03/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D = $5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Whole Food Market, Inc. | | None | J | T | Buy | 06/10/09 | J | | |
| 104. Newmont Mining Convertible Debenture | A | Interest | J | T | Buy | 09/01/09 | J | | |
| 105. Vivus | | None | J | T | Buy | 09/09/09 | J | | |
| 106. Nevada Copper Company | | None | J | T | Buy | 10/21/09 | J | | |
| 107. Catepillar, Inc. | A | Dividend | J | T | Buy | 11/25/09 | J | | |
| 108. First Southwest Corp. | A | Dividend | K | T | | | | | |
| 109. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 110. Investment Advisors. Held by Charles Schwab | E | Int./Div. | O | T | | | | | |
| 111. -Breakwater Resources Ltd. new | | | | | | | | | |
| 112. -Energy Conversion Devices | | | | | | | | | |
| 113. -Sigma Designs | | | | | | | | | |
| 114. -Quadra Mining | | | | | | | | | |
| 115. - OZ Minerals, LTD, f/k/a Zinifex, LTD | | | | | | | | | |
| 116. -Sirius XM Radio, Inc., f/k/a XM Satellite Radio (XMSR) | | | | | | | | | |
| 117. -Greenbrier Co | | | | | | | | | |
| 118. -Century Aluminum | | | | | | | | | |
| 119. -Anadigics, Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Rowan Companies | | | | | | | | | |
| 121. -Amgen | | | | | | | | | |
| 122. -Bancroft Convertible Fund | | | | | | | | | |
| 123. -Cheesecake Factory | | | | | Sold | 04/28/09 | J | | |
| 124. -Cree Research | | | | | | | | | |
| 125. -Ebay, Inc. | | | | | | | | | |
| 126. -Emerson Electric | | | | | | | | | |
| 127. -Altera Corp. | | | | | | | | | |
| 128. -Altair Nanotechnologies | | | | | | | | | |
| 129. -EZ Chip Semiconductor, f/k/a Lanoptics | | | | | | | | | |
| 130. -Microvision | | | | | | | | | |
| 131. -National Semiconductor | | | | | | | | | |
| 132. -Pfizer | | | | | | | | | |
| 133. -Power One | | | | | Sold | 12/17/09 | J | | |
| 134. -Qualcomm | | | | | | | | | |
| 135. -Schnifzer Steel | | | | | | | | | |
| 136. -Semitool Inc. | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)        U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Synaptics, Inc. | | | | | Sold | 04/02/09 | J | C | |
| 138. -Xilinx, Inc. (spelling corrected) | | | | | | | | | |
| 139. -Ebay | | | | | | | | | |
| 140. -American Capital, Ltd. | | | | | Buy | 01/15/09 | J | | |
| 141. -Northgate Minerals Corp. | | | | | Buy | 02/18/09 | J | | |
| 142. -Calmaine Foods | | | | | Buy | 03/06/09 | J | | |
| 143. -Century Aluminum | | | | | Buy | 04/09/09 | J | | |
| 144. -Mercator Minerals | | | | | Buy | 04/09/09 | J | | |
| 145. -Synaptics, Inc. | | | | | Buy | 04/09/09 | J | | |
| 146. -Obagi Medical Products | | | | | Buy | 05/26/09 | J | | |
| 147. -Whole Foods Market, Inc. | | | | | Buy | 06/30/09 | J | | |
| 148. -American Capital, Ltd. | | | | | Buy | 08/07/09 | J | | |
| 149. -Steel Dynamics Convertible Bond | | | | | Buy | 08/19/09 | J | | |
| 150. -Newmont Mining Convertible Bond | | | | | Buy | 08/24/09 | J | | |
| 151. -Freeport Macmaran Copper and Gold | | | | | Buy | 09/11/09 | J | | |
| 152. -Market Vectors Gold Miners ETF | | | | | Buy | 09/14/09 | J | | |
| 153. -Micron Technology Convertible Bond | | | | | Buy | 09/30/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Catepiller, Inc. | | | | | Buy | 11/25/09 | J | | |
| 155. -Advanced Micro Devices | | | | | Buy | 12/04/09 | J | | |
| 156. -Xilinx, Inc. | | | | | Buy | 12/22/09 | J | | |
| 157. -Lanoptics Ltd. | | | | | | | | | |
| 158. IRA #2 All investment decisions made by independent | | | | | | | | | |
| 159. Investment Advisors | C | Dividend | K | T | | | | | |
| 160. -Allied Capitol | | | | | | | | | |
| 161. -Schnitzer Steel | | | | | | | | | |
| 162. -EZ Chip Semiconductor, f/k/a anoptics Ltd | | | | | | | | | |
| 163. -Rowan Companies | | | | | | | | | |
| 164. -Continential Airlines | | | | | | | | | |
| 165. -Anadigics | | | | | | | | | |
| 166. -Laboratory Corp of Am | . | | | | | | | | |
| 167. -Bank of America | | | | | Sold | 08/31/09 | J | | |
| 168. -Boeing, Inc. | | | | | | | | | |
| 169. -Perilyn, Inc. | | | | | | | | | |
| 170. -Intel Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Diana Shipping | | | | | | | | | |
| 172. -Manpower, Inc. | | | | | Sold | 07/09/09 | J | | |
| 173. -Universal Stainless and Alloy | | | | | | | | | |
| 174. -Ensco International | | | | | | | | | |
| 175. -Deere and Company | | | | | | | | | |
| 176. -Cree Research, Inc. | | | | | Sold | 08/05/09 | J | A | |
| 177. -Terra Industries | | | | | Sold | 11/24/09 | J | | |
| 178. -Hospitality Properties | | · | | | | | | | |
| 179. -U.S. Steel | | | | | | | | | |
| 180. -Marketvector's Gold ETF | | | | | Buy | 09/03/09 | J | | |
| 181. -Catepiller, Inc. | | | | | Buy | 11/25/09 | J | | |
| 182. Other assets owned individually by Keith Starrett | | | | | | | | | |
| 183. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 184. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 185. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 186. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 187. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S –Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188.  Mineral Rights, Pike County., MS | A | Rent | J | W | | | | | |
| 189.  Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 190.  Timberland Lincoln Co., MS | | None | L | W | | | | | |
| 191.  Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 192.  Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 193.  Note and Mortgage Receivable (Ming) | C | Interest | | | Matured | 04/01/09 | K | | |
| 194.  Assets of M-J-K, Inc., wholly owned by Keith Starrett | D | Int./Div. | L | T | | | | | |
| 195.  ILA | | None | J | T | | | | | |
| 196.  Mirant Corp | | None | J | T | | | | | |
| 197.  Pioneer Natural Resources | A | Dividend | | | Sold | 03/10/09 | J | | |
| 198.  Helix Corporation | | None | | | Sold | 03/10/09 | J | | |
| 199.  Mirant Warrants | | None | J | T | | | | | |
| 200.  Other Assets Owned Individually by Keith Starrett | | | | | | | | | |
| 201.  Charles Schwab Personal Account # 2 | | | | | | | | | |
| 202.  MS Dev.Bank Special Obligation City of Jackson Bond | A | Interest | K | T | | | | | |
| 203.  MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | J | T | | | | | |
| 204.  Educational Building Corp. Bond | A | Interest | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V -Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |
| 206. MS Home Corp. Bond | A | Interest | J | T | | | | | |
| 207. MS Home Corp - Single Family Bond | A | Interest | J | T | | | | | |
| 208. MS State Bond | A | Interest | K | T | | | | | |
| 209. Virginia Tobacco Settlement Bond | A | Interest | J | T | | | | | |
| 210. Parkway East Public Improvement Bond | A | Interest | J | T | | | | | |
| 211. Harrison County Bond | A | Interest | K | T | | | | | |
| 212. Tarrant County, Texas Bond | A | Interest | K | T | | | | | |
| 213. MS Developement Bank Bond | A | Interest | J | T | | | | | |
| 214. MS. Developement Bank Bond | A | Interest | J | T | | | | | |
| 215. Timberland in Simpson County, MS | | None | | | Sold | 12/01/09 | M | E | Ed Griffin |
| 216. Puerto Rico Commonwealth Bonds | A | Interest | K | T | Buy | 03/20/09 | K | | |
| 217. Miss. Dev. Bank Special Obligation Jackson Pub. School Dist. | B | Interest | K | T | Buy | 03/17/09 | K | | |
| 218. Miss. Business Finance Corporation | B | Interest | K | T | Buy | 02/25/09 | K | | |
| 219. Warren Co. Miss. Opportunity Zone | B | Interest | K | T | Buy | 04/27/09 | K | | |
| 220. Warren Co. Miss Gulf Opp. IP Bonds | A | Interest | J | T | Buy | 05/26/09 | J | | |
| 221. Lowndes Co. Miss Solid Waste Disp. Pollution Bonds | B | Interest | J | T | Buy | 06/16/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency | A | Interest | J | T | Buy | 08/03/09 | J | | |
| 223. Miss. Business Fin Corp Gulf Opp Zone Northrop Grumman | A | Interest | J | T | Buy | 08/17/09 | J | | |
| 224. Harris Co. Houston, TX Sports Authority | A | Interest | J | T | Buy | 09/10/09 | J | | |
| 225. Miss. Hosp. Equip. Facilities | A | Interest | J | T | Buy | 09/17/09 | J | | |
| 226. Miss. Dev. Bank Special Oblig. Capital Projects | B | Interest | K | T | Buy | 10/15/09 | K | | |
| 227. Tobacco Settl. Finc. Corp of LA | A | Interest | J | T | Buy | 10/27/09 | J | | |
| 228. Miss. Dev. Bank Spec. Oblig. Munc. Energy Agency | B | Interest | K | T | Buy | 12/14/09 | K | | |
| 229. Miss. Home Corp. Single Fmly. Mortgage | A | Interest | J | T | Buy | 12/22/09 | J | | |
| 230. Puerto Rico Commonwealth Intra Fincancing | A | Interest | J | T | Buy | 02/20/09 | J | | |
| 231. Puerto Rico Commwealth Intra. Financing | A | Interest | | | Sold | 10/14/09 | J | A | |
| 232. International Paper Co. | | None | | | Buy | 11/02/09 | J | | |
| 233. International Paper Co. | | None | | | Sold | 11/09/09 | K | A | |
| 234. Regions Financial Corp | | None | | | Buy | 10/29/09 | J | | |
| 235. Regions Financial Corp | A | Dividend | | | Sold | 11/23/09 | J | A | |
| 236. Phosphate Holding, Inc. | | None | J | T | Buy | 09/15/09 | J | | |
| 237. Phosphate Holding, Inc. | | None | | | Sold | 08/28/09 | J | A | |
| 238. AK Steel Options | | None | | | Sold | 01/19/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  AK Steel Options | | None | | | Expired | 12/19/09 | J | A | |
| 240.  Regions Financial Corp. | A | Dividend | | | Buy | 05/27/09 | J | | |
| 241.  Regions Financial Corp. | A | Dividend | | | Sold | 09/15/09 | J | A | |
| 242.  Enterprise Production Partners LP | A | Dividend | K | T | Buy (add'l) | 04/06/09 | K | | |
| 243.  Enterprise Production Partners LP | A | Dividend | K | T | Sold (part) | 04/15/09 | J | A | |
| 244.  Enterprise Production Partners LP | A | Dividend | K | T | Buy | 03/04/09 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 7/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544